**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RIVERA, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC.; and DOES 1 through 100, Inclusive, <br><br> Defendants. | CASE NO.: CV 24-4113 MWF (AJRx) <br><br> **ORDER GRANTING STIPULATION TO DISMISS** |

The Court has reviewed the parties' Stipulation to Dismiss. (Docket No. 25). For good cause shown, the request is GRANTED. The above matter is DISMISSED with prejudice, with the parties to bear their own costs.

IT IS SO ORDERED.


Dated: October 8, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

| | |
|---|---|
| RIVERA v. HOME DEPOT U.S.A., INC., et al. <br> USDC CASE NO.: 2:24-cv-04113 MWF (RAOx) | [PROPOSED] ORDER RE: DISMISSAL |